HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
CHARLES J. LEE, Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Petitioner
ISAAC PAUL ESQUIVEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:18-cr-0174 LJO |
| Plaintiff, | |
| vs. | SEALING ORDER |
| ISAAC PAUL ESQUIVEL, | |
| Defendant | JUDGE: Lawrence J. O'Neill |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Esquivel's Exhibit B to his motion to dismiss in this case shall be filed **_under seal_** until further order of the court as it contains confidential medical records.

IT IS SO ORDERED.

Dated: **March 12, 2019**          /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE

Esquivel: Proposed Sealing Order